ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| AL Wahej Al Lamea Company | )  ASBCA No. 59125 |
| | ) |
| Under Contract No. W91GF5-08-M-7074 | ) |

APPEARANCE FOR THE APPELLANT:       Mr. Waeel Abdilnabi
                                     Manager

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                    LTC Mark A. Ries, JA
                                    LTC Peter D. DiPaola, JA
                                     Trial Attorneys

## ORDER OF DISMISSAL

On 11 January 2014, appellant filed a notice of appeal referencing the captioned contract. On 13 January 2014, the Board docketed the appeal. By Order dated 21 February 2014, the Board directed appellant to either show that its representative meets the requirements of Board Rule 26 or designate a representative meeting those requirements by 7 March 2014. The Board did not receive a response from appellant and, on 31 March 2014, sent an Order directing a response by 8 April 2014. The 31 March 2014 Order indicated that if appellant did not comply by that date, the Board may dismiss the appeal without further notice to the parties. No response has been received by the Board to date.

Without a representative meeting the requirements of Board Rule 26, the Board is unable to proceed. The appeal is dismissed.

Dated: 9 June 2014

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


RICHARD SHACKLEFORD                         DIANA S. DICKINSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


       I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 59125, Appeal of AL Wahej
Al Lamea Company, rendered in conformance with the Board's Charter.

       Dated:


                        JEFFREY D. GARDIN
                        Recorder, Armed Services
                        Board of Contract Appeals